582 A.2d 319

**PENNSYLVANIA OSTEOPATHIC MEDICAL ASSOCIATION**

v.

**Constance B. FOSTER, Insurance Commissioner, et al.**

Appeal of **PENNSYLVANIA INSURANCE GUARANTY ASSOCIATION.**

Supreme Court of Pennsylvania.

Nov. 15, 1990.

## ORDER

PER CURIAM:

AND NOW, this 15th day of November, 1990, the appeal is dismissed as untimely filed.